IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

ANTUANE D. DANIEL,          )
           )
   Plaintiff,         )
           )
v.              )      CASE NO. 2:25-cv-01024-BL-SMD
           )
COLONIAL INSURANCE,      )
           )
   Defendant.        )

## ORDER

On March 11, 2026, the Magistrate Judge recommended that the court dismiss the Plaintiff's case for failure to prosecute and abide by the orders of this court. (Doc. 10). The Magistrate Judge set March 25, 2026, as the deadline for the Platiniff to file objections to the recommendation. (Doc. 10). To date, the court has received no objections from the Plaintiff.

After careful review of the file and upon consideration of the recommendation of the Magistrate Judge, the court **ADOPTS** the recommendation of the Magistrate Judge to Dismiss this action without prejudice. The court will enter a separate final judgment dismissing this action.

**DONE** and **ORDERED** on this the 13th day of April, 2026.

_____
BILL LEWIS
UNITED STATES DISTRICT JUDGE